IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROLE LOUISE KENDRICK,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D13-5749

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 19, 2015.

An appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Nancy A. Daniels, Public Defender, and Mark Graham Hanson, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

In September 1993, Carole Louise Kendrick was found not guilty by reason of insanity of two counts of first degree murder and one count of attempted first degree murder. She was then committed to the Florida State Hospital. In this

Court, Kendrick challenges the circuit court finding that she continues to meet the criteria for involuntary commitment. We treat her appeal as a petition for writ of certiorari. See Woods v. State, 969 So. 2d 408 (Fla. 1st DCA 2007).

The issues raised in Kendrick's petition are without merit, and because the order continuing the involuntary commitment of Kendrick contains the necessary findings as required by section 916.15, Florida Statutes, and because those findings are supported by competent, substantial evidence of record, we deny the petition on its merits.

The petition for a writ of certiorari is DENIED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.